

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ross Brandon Brekhus, Appellant

No. 06-22-00163-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 19F-1113-202). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment adjudicating guilt by changing the recited entry under "Punishment and Place of Confinement" to "TO RUN CONSECUTIVELY W/ 18F1116-202." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Ross Brandon Brekhus, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 29, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk